IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MINNESOTA LIFE INSURANCE   )
COMPANY,                   )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:08cv958-MHT
                           )          (WO)
CANDICE M. ARNOLD and      )
BEVERLY A. ARNOLD,         )
                           )
     Defendants.           )
```

OPINION

Plaintiff Minnesota Life Insurance Company filed this statutory-interpleader action, 28 U.S.C. § 1335, against defendants Candice Arnold and Beverly Arnold, seeking to have them determine between themselves who is the proper beneficiary of a life insurance policy.  The relevant funds ($ 166,523.99) have been deposited with the clerk of the court, and Minnesota Life Insurance Company has been discharged.  The cause is currently before the court on defendant Candice Arnold's motion for default judgment against defendant Beverly Arnold.

The record in this case reflects that Beverly Arnold was served with a copy of the summons and complaint; that she has failed to respond to the summons and complaint within the time allowed; and that she has failed to respond to an order of this court to show cause as to why final judgment should not be entered against her. Accordingly, this court is of the opinion that defendant Candice Arnold's motion for entry of default judgment should be granted and that judgment of default as to the beneficiary of the life insurance policy should be entered in favor of Candice Arnold and against Beverly Arnold.

A judgment will be entered in accordance with this opinion.

DONE, this the 27th day of February, 2009.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE