IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CANDICE M. ARNOLD and )<br>BEVERLY A. ARNOLD, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:08cv958-MHT<br>(WO) |

## JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Candice Arnold's motion for default judgment against defendant Beverly Arnold (Doc. No. 13) is granted.

(2) Judgment is entered in favor of defendant Candice Arnold and against defendant Beverly Arnold as to the funds ($ 166,523.99) deposited with the court.

(3) The clerk of the court is to disburse the deposited funds to defendant Candice Arnold.

(4) The parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of February, 2009.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**