IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MINNESOTA LIFE INSURANCE    )
COMPANY,                    )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:08cv958-MHT
                            )             (WO)
CANDICE M. ARNOLD and       )
BEVERLY A. ARNOLD,          )
                            )
    Defendants.             )
```

### ORDER

The parties having orally informed the court that they agree to a correction, it is ORDERED that the opinion and judgment (Doc. Nos. 25 and 26) are amended so as to substitute the figure $ 166,523.99 with the figure $ 166,523.89.

DONE, this the 1st day of April, 2009.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE